UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ROMA FRANCHISE CORPORATION,
a Delaware corporation,

        Plaintiff,

v.                                     Case No. 16-C-843

GB ROMA, INC., a Wisconsin corporation,
LARRY KEMPEN, an individual,
HOWARD JOHNSTON, an individual,

        Defendants.

## ORDER

This case was administratively closed on August 16, 2017. ECF No. 56. On August 3, 2018, Plaintiff was ordered to provide a status update within 10 days. ECF No. 57. Plaintiff's status report advised the Court it has no objection to the dismissal of the remaining claim against Larry Kempen without prejudice. ECF No. 58. Kempen filed for bankruptcy and an Order of Discharge was entered in that matter. *Id.* The claim against Kempen was the only remaining claim in this case, as Howard Johnston was previously dismissed (ECF No. 49) and a Default Judgment and Permanent Injunction was entered against GB Roma, Inc. ECF No. 37.

**THEREFORE, IT IS HEREBY ORDERED** that Larry Kempen is **DISMISSED** from this case without prejudice, and no further judgment is necessary.

Dated this  16th  day of August, 2018.

                                                           s/ William C. Griesbach
                                                           William C. Griesbach, Chief Judge
                                                           United States District Court